# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

---

## NO. 03-25-00357-CV

---

**Candy Carol Coleman, Appellant**

**v.**

**Teddy Joshua Coleman, Appellee**

---

### FROM THE 423RD DISTRICT COURT OF BASTROP COUNTY
### NO. 423-7697, THE HONORABLE CHRISTOPHER DARROW DUGGAN, JUDGE PRESIDING

---

## M E M O R A N D U M   O P I N I O N

Appellant Candy Carol Coleman has filed an unopposed motion to dismiss this appeal.  We grant appellant's motion and dismiss the appeal.  *See* Tex. R. App. P. 42.1(a).

_____

Rosa Lopez Theofanis, Justice

Before Justices Triana, Kelly, and Theofanis

Dismissed on Appellant's Motion

Filed:  July 16, 2025